UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA GLOVER,

    Plaintiff,

v.

Case No. 18-cv-13971
Hon. Matthew F. Leitman

DETROIT TRANSPORTATION COMPANY,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 13)

On October 8, 2020, the Court held a hearing on Defendant Detroit Transportation Company's motion for summary judgment. (*See* Mot., ECF No. 13.) For the reasons stated on the record during the motion hearing:

- The motion is **DENIED** with respect to Plaintiff Tina Glover's hostile work environment claim as pleaded in Counts I and II of her Complaint;

- The motion is **GRANTED** as to Counts I and II of Glover's Complaint in all other respects;

- The motion is **DENIED** with respect to Glover's retaliation claim as pleaded in Count III of her Complaint; and

- The motion is **GRANTED** with respect to Glover's retaliation claim as pleaded in Count IV of her Complaint.

The Court will now refer this matter for a settlement conference with the assigned Magistrate Judge.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: October 8, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2020, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764